UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-164-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>)<br>) |
| vs. | )   ORDER<br>) |
| HARLEY KATHRYN MCMANUS, | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence Pursuant to USSC Amendment 821. (Doc. No. 29).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: November 20, 2023

Max O. Cogburn Jr.
United States District Judge

1