UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-164-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HARLEY KATHRYN MCMANUS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Reconsideration (Doc. No. 34) of this Court's Order (Doc. No. 33) denying her Motion to Reduce Sentence Pursuant to USSC Amendment 821.

The Motion for Reconsideration is **DENIED**. The Court thoroughly addressed Defendant's arguments in support of the motion and found that Defendant is not eligible for a reduction in sentence under Amendment 821. Defendant has offered nothing in the motion for reconsideration warranting the Court's reversal on its decision.[1]

**IT IS SO ORDERED**.

Signed: August 5, 2024

Max O. Cogburn Jr.
United States District Judge

---

[1] To the extent Defendant argues for a reduction in sentence based on post-sentencing rehabilitation efforts, she did not raise this argument in her prior motion.