UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-164-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| HARLEY KATHRYN MCMANUS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Modify Sentence. (Doc. No. 37).

The motion is **DENIED**. The Court has already determined that Defendant is not eligible for a reduction in sentence under Amendment 821, and the Court denied the subsequent motion for reconsideration. Defendant has presented nothing in the new motion to modify that alters the Court's previous decisions.

**IT IS SO ORDERED**.

Signed: October 18, 2024

Max O. Cogburn Jr.
United States District Judge